# WASHINGTON COUNTY,

---

Newell Kinsman *v.* George W. Paige.

*Practice.*

A case, brought into the supreme court, standing upon issues of law, on demurrer, and the judgment of the county court being reversed, and repleader awarded, should be retained, until by the new pleadings, some issue of fact is joined, whereby it becomes important to remand the case to the county court.

The reversal of a judgment of the county court, only opens such issues as were affected by the errors, for which the judgment is reversed.

A question was made whether this case was properly in this court, it having been brought into this court, standing upon issues of law, on demurrer, and the judgment of the county court being reversed, and a repleader awarded on terms, which had never resulted in any issue of fact. But, nevertheless, it had been carried down to the county court, and all the issues disposed of, unless the reversal of the judgment opened the trial of the issues of fact, upon which there were no exceptions.

By the Court. Strictly speaking, in a case like the present, the case should be retained here until, by the new pleadings, some issue of fact is joined, whereby it becomes important to remand the case to the county court. But if before any such issue of fact is joined, the case should, by mistake, be ordered to the county court, and there proceeded with, but before all the issues of law were decided, it should by that court be sent here again, we should probably retain it, inasmuch as strictly it should never have been taken out of this court. We should be unwilling to embarrass the ulti-

Kinsman *v.* Paige.

mate disposition of a case, by any irregularity of this kind. But in the present case, the only irregularity complained of, in the county court, seems to be, that they did not try again the issue of fact closed upon the record, before the case went first into this court, and which was then tried and disposed of, in a manner not objected to at the time, and which, it is claimed, is now open to be tried again, by the reversal of the judgment of the county court. We think the reversal of that judgment will have no such effect. The reversal of a judgment of the county court, only opens such issues as were affected by the errors, for which the judgment is reversed.